**Order entered March 25, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01278-CV

### DENNIS JAMES POLEDORE, JR., Appellant

### V.

### CHERI YOLANDA DANIEL, Appellee

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-10565**

## ORDER

Before the Court is appellant's motion requesting that the Court suspend the requirement that a party who files a document in paper form file the original plus eleven copies. *See* TEX. R. APP. P. 9.3(b)(1). We **GRANT** appellant's motion. Appellant shall file his original brief with this Court and serve counsel for appellee a copy of his brief.

Appellant's brief is overdue. On the Court's own motion, we extend the deadline to **April 15, 2019**.

/s/     KEN MOLBERG
        JUSTICE